IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Billie Ruth Graham
Plaintiff,

vs.

McDonald
Defendant(s)

Civil Action No. 19-CV-1134-CG-N

FILED DEC 30 '19 PM 12:30 USDC ALS

## COMPLAINT

1. Plaintiff resides at 25910 pine crest cir Robertsdale a

2. Name(s) of defendant(s) _____

3. Location of principal office(s) of the named defendant(s) McDonald Foley ala

4. Nature of business of defendant(s) Food Restaurants

5. Approximate number of individuals employed by defendant(s) 20

6. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) _X_ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below: Three times hit and hold against my will and over work not pay all monies and have learning disality they made fun of me.

Rev. 8/2015

7.  Plaintiff is:

    (A) __✓__ Presently employed by the defendant.

    (B) _____ Not presently employed by the defendant.

    The dates of employment were _____

    (1) _____ Plaintiff was discharged.

    (2) _____ Plaintiff was laid off.

    (3) _____ Plaintiff left the job voluntarily.

8.  Defendant(s) discriminated against me on account of my:

    (A) __✓__ Race              _____ Sex

        _____ Color             _____ National Origin

        __✓__ Religion

    Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) __no__ Physical disability

        _____ Mental disability B.G

    Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) __45__ Age

    Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _____Mcdonald_____

10. The alleged discrimination occurred on or about _____

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: _____

_I wasn't able to get all name. it was a big turn over. over 12. people fired week. and the girl fired stealing_

12. The alleged illegal activity took place at ___McDonald___

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about ___the Company would'n + allow Too___ I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on ___Oct 8. 2019___

14. I seek the following relief:

 (A) __✓__ Recovery of back pay.

 (B) __✓__ Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: __12/30/2019__

___Bettie Graham___
Signature of Plaintiff

___25910 pine Crest Cir___
___Robertdale ala 36567___
Address of Plaintiff

__(251) 597-7076__
Telephone Number of Plaintiff

EEOC Form 161 (11/16)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Billie R. Graham<br>25910 Pinecrest Circle<br>Robertsdale, AL 36567 | **From:** Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2019-01335 | **LANEETRA D. HARRIS,** Investigator | (251) 690-2583 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*        11-4-19

Enclosures(s)      Erika LaCour, Local Office Director      *(Date Mailed)*

cc: **MCDONALD'S RESTAURANTS OF AL INC**

Jamie Hibbard, Human Resource Officer
9977 Chemstrand Road
Pensacola, FL 32514

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 425-2019-01335 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Billie R. Graham | (251) 597-7076 | 1974 |

Street Address: 25910 Pinecrest Circle, Robertsdale, AL 36567

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MCDONALD S RESTAURANTS OF AL INC | 15 - 100 | (251) 943-6960 |

Street Address: 1010 South McKenzie Street, Foley, AL 36535

EEOC Mobile
OCT 14 2019
RECEIVED

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2019   Latest: 04-21-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have a disability. I was hired by Mr. Doris in March 2019. I informed Mr. Doris of my disability during my hiring interview. I was harassed by Kim LNU (Manager, female), and Mike LNU (co-worker). I complained that I was being harassed and submitted an internal complaint. I was discriminated against because of my disability.

I complained to Mr. Doris about the harassment and he told me that he was tired of me complaining and yelled at me. Around April 21, 2019 I felt compelled to resign my position.

I was discriminated against in violation of Title I of the Americans with Disabilities Act Amendments Act of 2008 and Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

10/14/2019   /s/ Billie Graham
Date   Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Mobile
OCT 17 2019
RECEIVED

*report of material*

**BALDWIN COUNTY SHERIFF'S OFFICE**

Deputy Williams

Huey Hoss Mack
Sheriff

310 Hand Ave.
Bay Minette,
AL 36507

Phone (251) 937-0202
Fax (251) 972-6802
www.sheriffofbaldwin.com

Date: 08/05/2019   Case #: 19-3316

Suspect: N/A

Charge: N/A

Warrant    Summons