IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLIE RUTH GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-1134-CG-N |
| | ) |
| McDONALD'S RESTAURANTS OF AL INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 7) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2), and dated April 1, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the complaint of Plaintiff Billie Ruth Graham, who is proceeding without counsel and in forma pauperis in this action, is **DISMISSED** sua sponte under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted, subject to Graham hereby being granted leave to file an amended complaint no later than **November 25, 2020**.

For her convenience, the Clerk of Court is **DIRECTED** to send Graham a copy of the Court's form complaint for employment discrimination actions along

with this order. To the extent the form is not big enough for Graham to include all allegations she believes necessary, Graham may attach additional pages.

    **DONE and ORDERED** this 5th day of November, 2020.

                              /s/ Callie V. S. Granade
                              SENIOR UNITED STATES DISTRICT JUDGE