IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLIE RUTH GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-1134-CG-N |
| | ) |
| McDONALD'S RESTAURANTS OF AL INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Since the Plaintiff in this matter has not filed an amended complaint, the dismissal of the case has become final; therefore, in accordance with the Order entered on November 5, 2020 (Doc. 9), this action is **DIMISSED without prejudice** for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 14th day of December, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE